UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:05CV1444SNL |
| v. | ) ) | |
| F. G. LANCIA CUSTOM WOODWORKING, L.L.C., | ) ) ) | |
| Defendant. | ) | |

## DISMISSAL WITHOUT PREJUDICE

Come now plaintiffs and, pursuant to Federal Rule of Civil Procedure 41(a)(1), dismiss this matter without prejudice. Plaintiffs take this action as a matter of right as defendant has not filed an answer or responsive pleading.

Respectfully submitted,

DIEKEMPER, HAMMOND, SHINNERS,
TURCOTTE AND LARREW, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:   (314) 727-6804


         /s/ Greg A. Campbell
GREG A. CAMPBELL, #2774

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006 the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing: F.G. Lancia Custom Woodworking, LLC, 813 N. Skinker, St. Louis, MO 63130.

         /s/ Greg A. Campbell