# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:05CV1444-SNL ) |
| F.G. LANCIA CUSTOM WOODWORKING, L.L.C., | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this case is **DISMISSED** pursuant to the notice of dismissal, without prejudice (#5), filed by the plaintiffs.

Dated this  23rd  day of February, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE